UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD E. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:09CV689 JCH |
| | ) |
| RONALD C. NEIMAN, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time [#18] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall file his response to defendants' motion to dismiss no later than **October 3, 2009**.

Dated this 31st Day of August, 2009.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE