UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD E. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV0689 JCH |
| ) | |
| CHRIS NEIMAN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court upon Plaintiff's Motion to Compel Disclosure of Jamie Crump's Address or Compel the U.S. Marshall Service to Seize the Personnel File (Doc. No. 30) and Plaintiff's Motion to Reconsider Order Denying Motion to Disclosure of Jamie Crump's Address or to Compel the U.S. Marshall Service to Seize the Personnel File (Doc. No. 41).

To date, Plaintiff has been unable to serve the Complaint on Defendant Jamie Crump, who is no longer employed by the Missouri Department of Corrections. In Defendants' Suggestions in Response to Plaintiff's Motion to Compel the U.S. Marshall Service to Seize the Personel (sic) file (Doc. No. 34), Defendants offered to file, under seal, Crump's last known address for use by the U.S. Marshall's Service.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Disclosure of Jamie Crump's Address or Compel the U.S. Marshall Service to Seize the Personnel File (Doc. No. 30) and Plaintiff's Motion to Reconsider Order Denying Motion to Disclosure of Jamie Crump's Address or to Compel the U.S. Marshall Service to Seize the Personnel File (Doc. No. 41) are **GRANTED**, in part.

**IT IS FURTHER ORDERED** that Defendants shall file, under seal, Jamie Crump's last known address for use by the U.S. Marshall's Service for service of Plaintiff's Complaint. Crump's address shall not be available to Plaintiff or the public.

Dated this 5th day of January, 2010.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE